| | |
|---|---|
| 1 | MELANIE D. MORGAN, ESQ. |
| 2 | Nevada Bar No. 8215 |
|   | JASON J. ZUMMO, ESQ. |
| 3 | Nevada Bar No. 13995 |
|   | AKERMAN LLP |
| 4 | 1635 Village Center Circle, Suite 200 |
|   | Las Vegas, Nevada 89134 |
| 5 | Telephone: (702) 634-5000 |
|   | Facsimile: (702) 380-8572 |
| 6 | Email: melanie.morgan@akerman.com |
| 7 | Email: jason.zummo@akerman.com |
| 8 | *Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | Case No. 2:15-cv-00806-APG-NJK |
| Plaintiff, | **NOTICE OF DISASSOCIATION** |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; SANDRA SALAS, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; and NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; | |
| Counterclaimants, | |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Counter-Defendants. | |

43863486;1

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation in this action. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Jason J. Zummo, Esq.

Respectfully submitted, this 18th day of January, 2018.

**AKERMAN LLP**

*/s/ Jason J. Zummo*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Nationstar Mortgage LLC
and Federal Home Loan Mortgage Corporation*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: January 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

43863486;1