MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
**AKERMAN, LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC and
Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; SANDRA SALAS, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00806-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO SFR'S MOTION FOR SANCTIONS**<br><br>[FIRST REQUEST] |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; and NATIONSTAR MORTGAGE, LLC, a foreign limited liability company;<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants. | |

Federal Home Loan Mortgage Corporation (**Freddie Mac**), Nationstar Mortgage LLC, and SFR Investments Pool 1, LLC stipulate as follows:

51205608;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. Freddie Mac and Nationstar filed their motion for summary judgment on November 27, 2019. (ECF No. 61.) On December 18, 2019, SFR opposed Freddie Mac and Nationstar's motion and filed a countermotion for sanctions. (ECF Nos. 63-64.)

2. Freddie Mac and Nationstar's reply is currently due January 2, 2020.

3. Freddie Mac and Nationstar's response to SFR's countermotion for sanctions is due January 2, 2020.

4. The parties stipulate and agree Freddie Mac and Nationstar shall have until **January 16, 2020** to file their reply and response.

5. This is the first request for an extension of the reply deadlines and is not made for purposes of undue delay. The extension will allow Freddie Mac and Nationstar a meaningful opportunity to address the arguments raised in SFR's response and countermotion for sanctions.

Dated December 20, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Melanie D. Morgan* | */s/ Jacqueline A. Gilbert* |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| DONNA M. WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89139 |
| *Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Case No. 2:15-cv-00806-APG-NJK

12/20/2019
_____
**DATED**

51205608;1