MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; SANDRA SALAS, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:15-cv-00806-APG-NJK<br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; and NATIONSTAR MORTGAGE, LLC, a foreign limited liability company;<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants. | |

/ / /

53810959;1

**TO:     ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and Donna M. Wittig, Esq.

DATED this 10th day of July, 2020.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date:_ July 13, 2020

2

53810959;1