# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br>    Plaintiff(s),<br>v.<br>FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br>    Defendant(s). | Case No.: 2:15-cv-00806-APG-NJK<br><br>**Order** |

The Court previously set a settlement conference in this case for November 5, 2020. Docket No. 80. Due to conflicting duties of the Court, the settlement conference is hereby CONTINUED to 9:30 a.m. on November 18, 2020. Settlement briefs must be submitted by November 12, 2020.

IT IS SO ORDERED.

Dated: September 9, 2020

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge