MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; SANDRA SALAS, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:15-cv-00806-APG-NJK<br><br>**ORDER GRANTING**<br><br>**JOINT MOTION TO EXCUSE PARTIES FROM REQUIREMENT OF HAVING ALL COUNSEL OF RECORD ATTEND SETTLEMENT CONFERENCE** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; and NATIONSTAR MORTGAGE, LLC, a foreign limited liability company;<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants. | |

55107143;1

Pursuant to the Court's August 21, 2020 and September 10, 2020 orders regarding the upcoming settlement conference, ECF No. 80 and ECF No. 83, Defendants/Counterclaimants Federal Home Loan Mortgage Corporation (**Freddie Mac**) and Nationstar Mortgage LLC, and Plaintiff/Counter-Defendant SFR Investments Pool 1, LLC respectfully request the Court excuse the parties from being required to have "all counsel of record" in attendance at the settlement conference currently scheduled for November 18, 2020 at 9:30 a.m.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.   ARGUMENT.**

The Court's August 21, 2020 order requires "all counsel of record" to "appear for the duration of the settlement conference." (ECF No. 80 at 1.) It also states, "[r]equests for an exception must be supported by a compelling justification[.]" (*Id.* at 2.)

Freddie Mac and Nationstar collectively have more than one attorney appearing as counsel of record on their behalf, as does SFR. The parties request that the Court only require them to each have one attorney in attendance at the settlement conference. Melanie D. Morgan, Esq. plans to attend the settlement conference on behalf of Freddie Mac and Nationstar and is prepared in good faith to attend and negotiate a settlement on their behalf. Diana S. Ebron, Esq. plans to attend the settlement conference and is prepared in good faith to attend and negotiate a settlement on behalf of SFR. The parties respectfully request that all other counsel of record be excused from the attendance requirement set forth in this court's August 21, 2020 order. (ECF No. 80).

The Court should find a compelling justification exists to excuse all other counsel of record besides the two referenced above from attending the settlement conference. Each party has more than one attorney[1] at their firms listed as counsel of record who have appeared and worked on this matter either currently or previously. Many are not actively involved in preparing for the upcoming settlement conference, and would not meaningfully contribute to settlement negotiations as a result[2].

---

[1] Nationstar currently has the following attorneys appearing as counsel of record on the docket: Melanie D. Morgan, Esq. and Donna Wittig, Esq. SFR has the following attorneys appearing as counsel of record on the docket: Howard C. Kim, Esq., Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq., and Karen L. Hanks, Esq.

2

55107143;1

Requiring 6 attorneys to be in attendance at the November 18, 2020 settlement conference would not promote efficiency and is not proportional to the needs of the case.

## II.    CONCLUSION.

For the foregoing reasons, Nationstar, Freddie Mac, and SFR respectfully request the Court excuse all counsel other than Ms. Morgan and Ms. Ebron from attending the November 18, 2020 settlement conference.

| | |
|---|---|
| DATED: October 21, 2020. | DATED: October 21, 2020. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| /s/ Melanie D. Morgan | /s/ Diana S. Ebron |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | DIANA S. EBRON ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Case No.  2:15-cv-00806-APG-NJK

DATED:  October 22, 2020

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572