MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; SANDRA SALAS, an individual; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.  2:15-cv-00806-APG-NJK<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS PURSUANT TO FRCP 41(A)(1)(A)(Ii)** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government entity; and NATIONSTAR MORTGAGE, LLC, a foreign limited liability company;<br><br>Counterclaimants,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Counter-Defendants. | |

Defendants/Counterclaimants Federal Home Loan Mortgage Corporation (**Freddie Mac**) and

Nationstar Mortgage LLC (**Nationstar**) and Plaintiff/Counter-Defendant SFR Investments Pool 1,

55772976;1

LLC (**SFR**) stipulate to the voluntarily dismissal of all claims in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Freddie Mac, Nationstar, and SFR agree to bear their own fees and costs.

| | |
|---|---|
| DATED: December 18, 2020. | DATED: December 18, 2020. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC and Federal Home Loan Mortgage Corporation* | */s/ Diana S. Ebron*<br>DIANA S. EBRON ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

  December 21, 2020
DATED

55772976;1